**Timothy C. PIGFORD; Clara B. Pigford, Plaintiffs– Appellants,**

**v.**

**UNITED STATES of America, Defendant–Appellee.**

No. 02–1976.

United States Court of Appeals, Fourth Circuit.

Submitted May 15, 2003.

Decided May 20, 2003.

Timothy C. Pigford, Clara B. Pigford, Appellants Pro Se. Paul Martin Newby, Jerri Ulrica Dunston, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Appellants appeal the district court's order denying their Fed.R.Civ.P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Pigford v. United States,* No. CA–01–200–7–F (E.D.N.C. July 24, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*